UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 CR 0729 | DATE | DECEMBER 13, 2007 |
| CASE TITLE | US v. ANTOIN REZKO, ALI ATA & ABDELHAMID CHAIB | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

## GRAND JURY PROCEEDING

**SPECIAL AUGUST 2006-2**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

NO BOND SET, BOND WILL BE DETERMINED AT TIME OF ARRAIGNMENT AS TO ABDELHAMID CHAIB. BOND SET IN 06 CR 0729 TO STAND AS BOND IN THIS INSTANCE AS TO ANTOIN REZKO AND ALI ATA.

**JUDGE ZAGEL**

**MAGISTRATE JUDGE MASON**

FILED
DEC 13 2007   NF
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                      UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#