# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 729 - 3 | **DATE** | 1/3/2008 |
| **CASE TITLE** | UNITED STATES vs. ABDELHAMID CHAIB | | |

**DOCKET ENTRY TEXT**

Arraignment held.. Defendant enters plea of not guilty to the indictment. Defendant's bond set in the amount of $500,000.00 own recognizance, with leave to travel outside the Northern District of Illinois and Puerto Rico for business purposes. Defendant to surrender any and all passports to Pretrial Services on 1/3/2008. Status hearing set for 1/10/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 1/3/2008 to 1/10/2008. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Order Form (01/2005)      Case 1:06-cr-00729   Document 82   Filed 01/03/2008   Page 1 of 1

06CR729 - 3 UNITED STATES vs. ABDELHAMID CHAIB                                                                    Page 1 of 1