UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| ABDELHAMID CHAIB | ) |
| | ) No. 06 CR 729-3 |
| | ) Judge Zagel |

**FILED**
JAN 28 2008
Jan 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE AGREEMENT

Pursuant to the Amended Pretrial Release Order entered in the above-named case on January 16, 2008, and for and in consideration of bond being set by the Court for defendant ABDELHAMID CHAIB in the amount of $500,000 being secured by real property, **LORI CHAIB (GRANTOR)** hereby warrants and agrees:

1.  LORI CHAIB warrants that she is the sole record owner and titleholder of the real property located at 917 North Waiola, La Grange Park, Illinois, and described legally as follows:

> LOT 14 IN BLOCK 2 IN H. CORNELL COMPANY'S HARDING WOODS, A SUBDIVISION OF THE SOUTH 15 ACRES OF THE NORTHWEST 1/4 OF THE NORTHWEST 1/4 OF SECTION 33, TOWNSHIP 39 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN THE VILLAGE OF LAGRANGE PARK, ACCORDING TO THE PLAT THEREOF RECORDED OCTOBER 10, 1927 AS DOCUMENT NUMBER 9804996, IN COOK COUNTY, ILLINOIS.
>
> P.I.N: 15-33-106-005

LORI CHAIB warrants that there is one outstanding mortgage against the subject property and that her equitable interest in the real property approximately equals $505,000.

2. LORI CHAIB agrees that $500,000 of her equitable interest in the above-described real property, shall be forfeited to the United States of America, should the defendant ABDELHAMID CHAIB fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. LORI CHAIB has received a copy of the Court's release order and understands its terms and conditions. Further, the surety understands that the only notice she will receive is notice of court proceedings.

3. LORI CHAIB further agrees to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. LORI CHAIB understands that should defendant ABDELHAMID CHAIB fail to appear or otherwise violates any condition of the Court's order of release, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. LORI CHAIB further agrees that she will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. LORI CHAIB further understands that if she has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in

2

connection with this Forfeiture Agreement, or in connection with the bond set for defendant ABDELHAMID CHAIB she is subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. LORI CHAIB agrees that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

      6.     LORI CHAIB hereby declares under penalty of perjury that she has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 1/18/08

LORI CHAIB
Surety/Grantor

Date: 1/18/08

Witness

**Return to:**
Ann Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

3