UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 06-CR-729-3 |
| v. | ) | |
| | ) | HON. JAMES B. ZAGEL |
| ABDELHAMID CHAIB | ) | |

NOTICE OF MOTION

     PLEASE TAKE NOTICE that on Friday, February 8, 2008, at 10:00 a.m., I will appear before the Honorable James B. Zagel in Courtroom 2503 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached GOVERNMENT'S MOTION FOR ORDER MODIFYING CONDITIONS OF RELEASE, a copy of which is attached and hereby served upon you

                                  Respectfully submitted,

                                  PATRICK J. FITZGERALD
                                United States Attorney

                    By:    s/Carolyn F. McNiven
                                CAROLYN F. MCNIVEN
                                BRANDON FOX
                                Assistant United States Attorneys
                                (312) 353-5159

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the

NOTICE OF MOTION

was served on February 6, 2008, in accordance with Fed. R. Crim.P.49, Fed R. Civ.P.5,LR5.5, and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as to ECF filers.

      Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

   By:  s/Carolyn F. McNiven
          CAROLYN F. McNIVEN
          BRANDON FOX
          Assistant United States Attorneys
          (312) 353-5159