**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 06 CR 729 |
| United States of America v. Antoin Rezko, Ali Ata, and Abdelhamid Chaib | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Abdelhamid Chaib

| |
|---|
| NAME (Type or print) |
| Thomas M. Breen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Thomas M. Breen |
| FIRM |
| Breen Pugh & Associates |
| STREET ADDRESS |
| 53 West Jackson Boulevard, Suite 1460 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0287547 | 312.360.1001 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐