UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 06 CR 729 |
| v. ) | |
| ) | Hon. James B. Zagel |
| ANTOIN REZKO. ) | |
| (Abdelhamid "Al" Chaib) ) | |

**DEFENDANT CHAIB'S MOTION
TO REINSTATE CONDITIONS OF PRETRIAL RELEASE**

Defendant Al Chaib respectfully moves this Court to reinstate the conditions of his pretrial release, as those conditions existed prior to February 8, 2008. The following is offered in support of this motion:

1. On January 16, 2008, the Court entered an order allowing Al Chaib's prearranged travel to Algeria conditioned upon his wife's posting of her interest in the family's home. This order entered without the government's objection.

2. Since January 16, 2008, the government successfully moved for co-defendant Antoin Rezko's detention based, in part, on allegations that Mr. Rezko caused the transfer of large sums of money to potential witnesses and attorneys. The government alleges and the undersigned agrees that Mr. Rezko caused approximately $24,000 to be transferred to the law firm of Cotsirilos, Tighe & Streicker, Ltd.

3. Since the advent of this investigation, Mr. Chaib has invested substantial personal assets in securing attorney representation for his personal and business interest related to the fallout surrounding Mr. Rezko's indictment and ensuing lawsuits.

4. Between January 16, 2008, and February 8, 2008, Mr. Chaib was unable to establish a continuing attorney-client relationship with Cotsirilos, Tighe & Streicker,

Ltd. Thus, Mr. Chaib initiated discussions with the law firm of Breen Pugh & Associates on or about January 24, 2008. While Cotsirilos, Tighe & Streiker, Ltd. represented Mr. Chaib pre-indictment, Messrs. Breen and Pugh learned that this firm had not filed an appearance as trial counsel for Mr. Chaib.

5.      On Thursday, February 7, 2008, Breen, Pugh & Associates agreed to represent Mr. Chaib as trial counsel in the above indictment. Mr. Breen left word with Mr. Chaib's previous counsel to this effect and instructed Mr. Chaib to inform the court of the same during a status hearing scheduled for February 8, 2008.

6.      Unbeknownst Mr. Chaib's and the undersigned counsels, the government presented a *Motion for Order Modifying Conditions of Release* at the status hearing on February 8, 2008. The court tentatively granted the government's motion until Mr. Chaib appeared with trial counsel. Mr. Chaib reported these events to Messrs. Breen and Pugh who promptly filed their firm's appearance.

7.      Also on February 8, 2008, the undersigned personally spoke with Assistant United States Attorney Carolyn McNiven about the government's motion and the undersigned's appearance. Mr. Breen and Ms. McNiven also discussed the defense's review of previously subpoenaed materials in the government's possession and an extension of time for creation of a putative privilege log.

8.      While present counsel was not privy to the specifics of any prior financial arrangements between Mr. Chaib and prior attorneys, Mr. Chaib has *personally* retained Breen Pugh & Associates to represent him in his upcoming trial. In addition, Mr. Chaib personally guaranteed future financial obligations to his present trial counsel. The undersigned attorney received no payment from third parties.

2

9. While Mr. Chaib has personally funded his defense of the instant charges, it remains a point of contention that certain companies should indemnify Mr. Chaib for legal expenses incurred.

10. Mr. Chaib and the undersigned attorneys agree to notify this court and the government in the event that either the defendant or counsels receive any funds from Mr. Rezko by any means.

Wherefore, Mr. Chaib respectfully requests permission to travel to Algeria from February 12, 2008, until February 23, 2008.

Respectfully submitted,

s/ Thomas M. Breen

s/ Todd S. Pugh
*Attorneys for Al Chaib*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served:

**DEFENDANT CHAIB'S MOTION
TO REINSTATE CONDITIONS OF PRETRIAL RELEASE**

on **February 11, 2008**, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5., and the General Order on Electronic Case filing (ECF), pursuant to the district court's system as ECF filers.

s/ Thomas M. Breen

BREEN PUGH & ASSOCIATES
53 W. Jackson Blvd., Ste. 1460
Chicago, Illinois 60604
(312) 360-1001