UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 06 CR 729-3 |
| | ) | Hon. James B. Zagel |
| ABDELHAMID "AL" CHAIB. | ) | |

**DEFENDANT AL CHAIB'S PARTIALLY AGREED
MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant Al Chaib respectfully moves this Honorable Court to modify the
conditions of his pretrial release order. Defendant offers the following in support of this
motion:

1.      On January 16, 2008, the Court entered a revised order setting conditions
of release. Therein, the order permitted the defendant's travel outside of the United
States for a limited time and purpose. To secure the defendant's continued appearance,
the defendant's wife posted her interest in the family home. The government had no
objection to this order.

2.      Subsection (7)(j) of the above order directs that the defendant, "avoid all
contact, directly or indirectly, with any persons who are or who may become a victim or
potential witness in the subject investigation or prosecution, including but not limited to:
*codefendants.*"

3.      This condition is unreasonable on both a personal and professional level.
As the government is aware, Mr. Chaib and his co-defendant, Mr. Rezko are longtime
personal and professional friends. Mr. Chaib's three children consider and address Mr.
Rezko as "Uncle Tony." Mr. Chaib's wife and children continue to support Mr. Rezko's
and his family personally and spiritually during this difficult time. Mr. Chaib's wife and

children plan to continue spending time with the Rezko family. Due to the above condition, Mr. Chaib has been excluded and will continue to be excluded from these family gatherings.

4.      Equally important, the above condition has adversely affected Mr. Chaib's ability to defend the case against him. In a nutshell, the government accuses Mr. Chaib of being a "straw purchaser" of several Papa John Restaurants from Rezko's company. Mr. Chaib stalwartly denies this allegation and fully intends on testing the mettle of these allegations at trial.

5.      Mr. Rezko has also denied this allegation and is represented by the law firm of Stetler & Duffy. In order to defend the charges against him, Mr. Chaib and his attorneys need the ability to speak freely with Mr. Rezko, his attorneys, and others involved directly and tangentially with the putative fraudulent transaction. The above condition precludes the defendant (and his attorneys) from investigating and preparing a defense.

6.      Moreover, many persons who invested or did business with Mr. Rezko are Mr. Chaib's personal friends and business acquaintances. The general nature of the above condition suggests that Mr. Chaib is precluded from any direct or indirect contact with these persons.

7.      Mr. Chaib is well aware of his legal obligation **not** to do or say anything to any person that could be construed with obstructing the government's prosecution. The above condition of pretrial release serves no legitimate purpose. In fact, this condition only serves to needlessly separate Mr. Chaib from family activities and unconstitutionally frustrate his ability to defend the charges against him.

8.       Thus, Mr. Chaib seeks modification of condition (7)(j) of the revised release order.

9.       Finally, the January 16, 2008, revised order required Lori Chaib's posting of her interest in the family's home to assure the defendant's return from Africa.  The defendant has returned from Africa and surrendered his passport to Pretrial Services as directed.  Thus, Mrs. Chaib seeks an order vacating the Forfeiture Agreement filed on January 28, 2008.  The government has *no objection* to this paragraph.

**Therefore**, defendant respectfully moves for an order modifying paragraph (7)(j) of the release order so that the defendant may observe family obligations and assist in his own defense.  Mr. Chaib also seeks an order vacating the Forfeiture Agreement filed on January 28, 2008.

Respectfully submitted,

s/      Todd S. Pugh
BREEN PUGH & ASSOCIATES
53 W. JACKSON BLVD., STE. 1460
CHICAGO, IL 60604
(312) 360-1001
*Attorneys for Al Chaib*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that the following:

**DEFENDANT AL CHAIB'S PARTIALLY AGREED
MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

was served on April 24, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the district court's system as to ECF filers.

Respectfully submitted,

s/      Todd S. Pugh
BREEN PUGH & ASSOCIATES
53 W. JACKSON BLVD., STE. 1460
CHICAGO, IL 60604
(312) 360-1001
*Attorneys for Al Chaib*