UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 06 CR 729-3 |
| | ) | Hon. James B. Zagel |
| ABDELHAMID "AL" CHAIB. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 1, 2008 at 10:15am, I will appear before the Hon. James B. Zagel in courtroom 2503 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached :

**DEFENDANT AL CHAIB'S PARTIALLY AGREED
MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

a copy of which is attached and hereby served upon you.

Respectfully submitted,

s/      Todd S. Pugh
BREEN PUGH & ASSOCIATES
53 W. JACKSON BLVD., STE. 1460
CHICAGO, IL 60604
(312) 360-1001
*Attorneys for Al Chaib*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following:

**NOTICE OF MOTION**

was served on April 24, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), pursuant to the district court's system as to ECF filers.

                                  Respectfully submitted,

                                  s/    Todd S. Pugh
                                  BREEN PUGH & ASSOCIATES
                                  53 W. JACKSON BLVD., STE. 1460
                                  CHICAGO, IL 60604
                                  (312) 360-1001
                                  *Attorneys for Al Chaib*