UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:06−cr−00729
Honorable James B. Zagel

Antoin Rezko, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 5/1/2008. Motion to modify conditions of release [108] is granted in part and denied in part as to Abdelhamid Chaib. The forfeiture agreement entered of January 28, 2008 is vacated. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.