# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                        Case No.: 1:06–cr–00729
                                                      Honorable James B. Zagel

Antoin Rezko, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable James B. Zagel:As to Antoin Rezko, Abdelhamid Chaib, status hearing scheduled time (10:00 a.m.) on 9/23/2008 is reset for 11:00 AM. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.